PHILLIP A. TALBERT
Acting United States Attorney
Michael W. Redding
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00110-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| DORIAN MICHAEL WILLES, | DATE: June 21, 2021 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 21, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until **June 29, 2021**, **at 2:00 p.m.**, and to exclude time between June 21, 2021, and June 29, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The defendant previously made an appearance in the United States Court for the District of Idaho.

        b)      A grand jury returned an indictment in this case on June 10, 2021. ECF No. 14.

        c)      The defendant's initial appearance and arraignment in the Eastern District of

California was originally scheduled to be June 18, 2021.

        d)      On June 17, 2021, President Joseph R. Biden, Jr. signed legislation establishing Juneteenth as a Federal Holiday ("the Juneteenth National Independence Day Act"). As Juneteenth fell on a Saturday, the holiday was observed – and federal employees were given the day off – on June 18, 2021. U.S. Courts were accordingly closed and this matter was continued by minute order to June 21, 2021. ECF No. 19.

        e)      Counsel for the defendant Chris Cosca is unavailable on June 21, 2021 given a pre-planned vacation. He is accordingly requesting a continuance of Mr. Willes's initial appearance and arraignment.

        f)      The government does not object to the continuance.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the "the 70–day period commences only on the date when the defendant is brought before a 'judicial officer of the court in which the matter is pending,' assuming that, as here, the indictment predates the initial appearance. *United States v. Palomba*, 31 F.3d 1456, 1462 (9th Cir. 1994) (quoting 18 U.S.C. § 3161(c)). Accordingly, the parties agree that no stipulations with regard to the Speedy Trial Act need to be entered into, and the Speedy Trial Clock will commence with the defendant's appearance on June 29, 2021.

///
///
///
///
///
///
///
///
///
///
///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: June 21, 2021                                  PHILLIP A. TALBERT
                                                       Acting United States Attorney


                                                       /s/ Michael W. Redding
                                                       Michael W. Redding
                                                       Assistant United States Attorney


Dated: June 21, 2021                                  /s/ Chris Cosca
                                                       Chris Cosca
                                                       Counsel for Defendant
                                                       DORIAN Michael WILLES




**FINDINGS AND ORDER**


IT IS SO FOUND AND ORDERED


Dated: June 21, 2021

                                                       _____
                                                       CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE