PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
ANGELA L. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>DORIAN MICHAEL WILLES,<br><br>              Defendant. | CASE NO. 21-CR-110-DAD-3<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE FOR DEFENDANT DORIAN MICHAEL WILLES; ORDER<br><br>CURRENT DATE: April 4, 2023<br>PROPOSED DATE: May 16, 2023<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.      By previous order, this matter was set for a status conference on April 4, 2023.

2.      By this stipulation, Plaintiff United States of America, by and through its counsel of record, and counsel for defendant DORIAN MICHAEL WILLES moves to continue the status conference until May 16, 2023.

3.      The parties agree and stipulate as follows:

        a)      Undersigned government counsel learned that defendant WILLES passed away in Idaho last week.  Undersigned government counsel informed defendant WILLES's counsel of this news.  Defendant WILLES's counsel has reviewed social media postings confirming defendant WILLES's passing.

        b)      The government intends to move to dismiss the above-captioned case against defendant WILLES once it has obtained his death certificate.  Undersigned government counsel

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

has conferred with law enforcement and has contacted the Idaho Bureau of Vital Records and Statistics in an effort to obtain defendant WILLES's death certificate.  It appears that government counsel may have to submit an affidavit to obtain the certificate.

        c)       The parties seek this continuance to provide the government sufficient time to obtain defendant WILLES's death certificate and move to dismiss the case.

IT IS SO STIPULATED.

Dated:  March 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated:  March 30, 2023

/s/ CHRISTOPHER COSCA per email authorization
CHRISTOPHER COSCA
Counsel for Defendant
DORIAN MICHAEL WILLES

**ORDER**

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation and for good cause shown, the status conference currently set for April 4, 2023, is continued to May 16, 2023, at 9:30 a.m. as to defendant DORIAN MICHAEL WILLES only.

IT IS SO ORDERED.

Dated:  **March 30, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2