PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ZAMORA TORRES, <br> JULIO MENDOZA MADRIGAL, <br> DORIAN MICHAEL WILLES, <br> ROBERT LEWIS McCOMMAS, and <br> HEATHER LEIGH ROMOSER, <br><br> Defendants. | CASE NO. 2:21-CR-00110-DAD <br><br> ORDER TO DISMISS CASE AGAINST DEFENDANT DORIAN MICHAEL WILLES |

Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the complaint and indictment in this matter with prejudice as against defendant DORIAN MICHAEL WILLES only.

IT IS SO ORDERED.

Dated: **April 14, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS CASE                               1